UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20535-CR-MOORE/LOUIS**

Case No. _____

16 U.S.C. § 703
16 U.S.C. § 706
16 U.S.C. § 707(b)(2)
16 U.S.C. § 707(d)

FILED BY ____KAN____ D.C.

Nov 3, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

ALAIN ARMANDO GUEVARA HERNANDEZ,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Enacted in 1918, the Migratory Bird Treaty Act ("MBTA"), Title 16, United States Code, Sections 703-712, provided in relevant part that it shall be unlawful at any time, by any means or in any manner, to pursue, hunt, take, capture, kill, attempt to take, capture, or kill, possess, offer for sale, sell, offer to barter, barter, offer to purchase, purchase, deliver for shipment, ship, export, import, cause to be shipped, exported, or imported, deliver for transportation, transport or cause to be transported, carry or cause to be carried, or receive for shipment, transportation, carriage, or export, any migratory bird, any part, nest, or egg of any such bird, or any product, whether or not manufactured, which consists, or is composed in whole or part, of any such bird or any part, nest, or egg thereof, subject to certain exceptions not applicable in this case.

2. Under Title 50, Code of Federal Regulations, Section 10.12, the term "migratory bird" means any bird, whatever its origin and whether or not raised in captivity, which belongs to a species listed in Title 50, Code of Federal Regulations, Section 10.13.

3. Title 50, Code of Federal Regulations, Section 10.13 lists species of migratory birds in alphabetical order. The list includes the Blue Grosbeak *(Passerina caerulea)*, Indigo Bunting *(Passerina cyanea)*, Painted Bunting *(Passerina ciris)* and Lazuli Bunting *(Passerina amoena)*.

4. Under Title 50, Code of Federal Regulations, Section 10.12, the term "take" means to pursue, hunt, shoot, wound, kill, trap, capture, or collect, or attempt to pursue, hunt, shoot, wound, kill, trap, capture, or collect.

5. The defendant did not possess or hold a valid permit issued pursuant to the MBTA to hunt, take, kill, possess, sell, or offer for sale Blue Grosbeaks *(Passerina caerulea)*, Indigo Buntings *(Passerina cyanea)*, Painted Buntings *(Passerina ciris)* or Lazuli Buntings *(Passerina amoena)*.

## COUNTS 1-5
### Selling and Offering to Sell Migratory Birds
### (16 U.S.C. §§ 703, 707(b)(2))

1. The General Allegations section of this Indictment is re-alleged and incorporated as though set forth fully herein.

2. On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALAIN ARMANDO GUEVARA HERNANDEZ,**

did knowingly sell, offer for sale, barter, and offer to barter, any migratory bird, as specified in each count below:

2

| Count | Date | Migratory Bird(s) |
|---|---|---|
| 1 | August 11, 2019 | 1 Blue Grosbeak *(Passerina caerulea)* |
| 2 | August 14, 2019 | 2 Painted Buntings *(Passerina ciris)* |
| 3 | October 22, 2019 | 1 Blue Grosbeak *(Passerina caerulea)* |
| 4 | September 15, 2020 | 1 Blue Grosbeak *(Passerina caerulea)* <br> 1 Indigo Buntings *(Passerina cyanea)* <br> 1 Painted Bunting *(Passerina ciris)* |
| 5 | June 11, 2021 | 1 Lazuli Bunting *(Passerina amoena)* <br> 1 Painted Bunting *(Passerina ciris)* <br> 2 Indigo Buntings *(Passerina cyanea)* |

In violation of Title 16, United States Code, Sections 703 and 707(b)(2) and Title 18, United States Code, Section 2.

## FORFEITURE
(16 U.S.C. §§ 706, 707(d))

The allegations of this Indictment are re-alleged and incorporated by reference as though fully set forth herein for forfeiture to the United States of certain property in which the defendant, **ALAIN ARMANDO GUEVARA HERNANDEZ** has an interest.

1. Upon conviction of a violation of Title 16, United States Code, Section 703 as alleged in this Indictment, the defendant shall forfeit to the United States the following:

(a) All birds, or parts, nests, or eggs thereof, captured, killed, taken, sold or offered for sale, bartered or offered for barter, purchased, shipped, transported, carried, imported, exported, or possessed contrary to the provisions of Subchapter II of the MBTA, or of any regulation prescribed thereunder; and

(b) All guns, traps, nets, and other equipment, vessels, vehicles, and other means of transportation used by any person when engaged in pursuing, hunting, taking, trapping, ensnaring, capturing, killing, and attempting to take, capture, and kill, any migratory bird with the intent to offer for sale, and sell, and offer for barter, and barter such bird in violation of the MBTA.

2. The property which is subject to criminal forfeiture includes, but is not limited to, the following:

(a) Bird cages;

(b) Bird traps;

(c) Bird seed; and

(d) Migratory birds.

All pursuant to Title 16, United States Code, Sections 706 and 707(d), and the procedures set forth in Title 21, United States Code, Section 853, made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
THOMAS WATTS-FITZGERALD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALAIN ARMANDO GUEVERA HERNANDEZ
_____/
Defendant.

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

**Court Division** (select one)
☑ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☑ 0 to 5 days
   II   ☐ 6 to 10 days
   III  ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Thomas Watts-FitzGerald
Assistant United States Attorney
FLA Bar No.      0273538

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Alain Armando Guevara Hernandez

**Case No:** _____

Count(s) #: 1-5

Selling and Offering to Sell Migratory Birds

Title 16, United States Code, Section 703 and 707(b)(20
* Max. Term of Imprisonment: 2 Years Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 1 Year
* Max. Fine: Greater of $250,000 or twice the pecuniary gain/loss

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.